■ In the Matter of GEORGE CHAVIS, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [33 NYS3d 771]—Appeal from a judgment of the Supreme Court (Hayden, J.), entered September 23, 2014 in Chemung County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination finding him guilty of making threats and harassment. Respondent moved to dismiss the petition noting that the determination of guilt had been administratively reversed and a new hearing ordered. Supreme Court dismissed the petition as moot and this appeal ensued.

We affirm. Petitioner's challenge to the initial determination was moot once that determination was administratively

reversed and a new hearing ordered (*see Matter of Boykin v Prack*, 137 AD3d 1393, 1394 [2016]; *Matter of Hamilton v Selsky*, 13 AD3d 844, 845 [2004], *lv denied* 5 NY3d 704 [2005]; *Matter of Lebron v Goord*, 309 AD2d 1034, 1034 [2003], *lv denied* 3 NY3d 602 [2004]). We are unpersuaded by petitioner's contention that a rehearing, and not expungement, was improper (*see Matter of Boykin v Prack*, 137 AD3d at 1394). To the extent that petitioner challenges the determination resulting from the rehearing, the rehearing occurred after the commencement of this proceeding and, therefore, any challenges thereto are not properly before this Court.

Lahtinen, J.P., McCarthy, Egan Jr., Devine and Aarons, JJ., concur. Ordered that the judgment is affirmed, without costs.